[No. 9841-1-I.   Division One.   April 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
WALLACE MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80-1-00295-8, Robert C. Bibb, J.,
entered January 27, 1981. *Affirmed* by unpublished opinion
per Corbett, J., concurred in by Andersen, C.J., and Ring-
old, J.